THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Capitol Indemnity Corporation,

Plaintiff,

vs.

Especially for Children, Inc. and Scott Hudlow,

Defendant.

**STIPULATION FOR EXTENSION OF TIME TO ANSWER**
AND ORDER

Court File No. 01-CV-2425
RHK/JMM

WHEREAS, this case is an insurance coverage dispute involving the interpretation of policies of insurance issued by Capitol Indemnity Corporation to Especially for Children, Inc; and,

WHEREAS, Especially for Children, Inc. does not have copies of all of the policies at issue in this lawsuit and has requested copies of the policies from Capitol Indemnity Corporation; therefore,

IT IS HEREBY STIPULATED by and between the parties, that the Court may enter an order granting Especially for Children, Inc. a thirty (30) day extension of the time in which it must answer or otherwise plead to plaintiff's Complaint.

FILED JAN 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: January 14, 2002

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________
Jeanne H. Unger (131404)
Attorneys for Defendant Especially for Children, Inc.
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7951

LAND, PAULY, GREGERSON & ROSOW, LTD.

By ______________________
Joseph A. Nilan (121277)
Craighton T. Boates (293192)
Attorneys for Plaintiff Capitol Indemnity Corporation
1600 Park Building
650 Third Avenue South
Minneapolis, MN 55402-4337
(612) 338-0755

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Capitol Indemnity Corporation,

Plaintiff,

vs.

Especially for Children, Inc. and Scott Hudlow,

Defendants.

**~~PROPOSED~~ ORDER GRANTING EXTENSION OF TIME TO ANSWER**

Court File No. 01-CV-2425 RHK/JMM

---

Pursuant to the foregoing Stipulation of the parties, it is hereby ordered as follows:

Defendant Especially for Children, Inc. is granted a thirty (30) day extension of the time in which it must answer or otherwise plead to plaintiff's Complaint.

Dated: January 12, 2002

By the Court

John M. Mason
United States Magistrate Judge

790172-1

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK