UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CAPITOL INDEMNITY CORPORATION, CIVIL NO. 01-2425 (RHK/JMM)

Plaintiff,

v. ORDER

ESPECIALLY FOR CHILDREN, INC.
and SCOTT HUDLOW,

Defendants.

The above matter came on before the undersigned upon the Parties' Stipulation for Extension of Time to Answer.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendant Especially for Children, Inc. is granted to and including March 1, 2002 to answer or otherwise plead to Plaintiff's Complaint.

Dated: February 22, 2002

JOHN M. MASON
United States Magistrate Judge

FEB 2 2 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Capitol Indemnity Corporation,

Plaintiff,

vs.

Especially for Children, Inc. and Scott Hudlow,

Defendant.

**STIPULATION FOR EXTENSION OF TIME TO ANSWER**

Court File No. 01-CV-2425 RHK/JMM

WHEREAS, this case is an insurance coverage dispute involving the interpretation of policies of insurance issued by Capitol Indemnity Corporation to Especially for Children, Inc; and,

WHEREAS, Especially for Children, Inc had not received copies of the policies at issue and sought a thirty (30) day extension of time to answer which this Court granted on January 17, 2002;

WHEREAS, Especially for Children, Inc did receive one policy from Capitol Indemnity but has not yet received the second;

IT IS HEREBY STIPULATED by and between the parties, that the Court may enter an order granting Especially for Children, Inc. an additional fourteen (14) day extension of the time in which it must answer or otherwise plead to plaintiff's Complaint.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: February 15, 2002

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By [signature]
Jeanne H. Unger (131404)
Attorneys for Defendant Especially for Children, Inc.
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7951

LAND, PAULY, GREGERSON & ROSOW, LTD.

By [signature]
Joseph A. Nilan (121277)
Craighton T. Boates (293192)
Attorneys for Plaintiff Capitol Indemnity Corporation
1600 Park Building
650 Third Avenue South
Minneapolis, MN 55402-4337
(612) 338-0755