UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CAPITOL INDEMNITY CORPORATION,

Plaintiff,

v.

ESPECIALLY FOR CHILDREN, INC.
and SCOTT HUDLOW,

Defendants.

CIVIL NO. 01-2425 (RHK/AJB)

ORDER/NOTICE OF HEARING

PLEASE TAKE NOTICE that the hearing on Defendant Especially For Children, Inc.'s Motion for Protective Order [Docket No. 20] has been rescheduled to be heard before the undersigned on Friday, June 21, 2002 at 3:00 p.m. in Courtroom 628A. U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota.

Dated: June 17, 2002

ARTHUR J. BOYLAN
United States Magistrate Judge

JUN 1 8 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK