UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CAPITOL INDEMNITY CORPORATION, CIVIL NO. 01-2425 (RHK/AJB)

Plaintiff,

v.

ORDER

ESPECIALLY FOR CHILDREN, INC.

Defendant.

The above matter came on for hearing before the undersigned on June 21, 2002 upon Defendant's Motion for Protective Order or in the Alternative to Stay Declaratory Judgment Proceeding [Docket No. 20]. Joseph A. Nilan, Esq. appeared on behalf of Plaintiff; Jeanne H. Unger, Esq. appeared on behalf of Defendant.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED as follows:

1) Defendant's Motion for Protective Order or in the Alternative to Stay Declaratory Judgment Proceeding [Docket No. 20] is denied.

2) Plaintiff is hereby ordered to notify Lynn Seltz of her right to have the lawyers representing Especially for Children, Inc., in the underlying state action, present at her deposition.

Dated: June 21, 2002

ARTHUR J. BOYLAN
United States Magistrate Judge

FILED JUN 21 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK