**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Capitol Indemnity Corporation,

Plaintiff,

v.

Civil No. 01-2425 (RHK/AJB)
**ORDER**

Especially for Children, Inc.
and Scott Hudlow

Defendants.

---

The Court's May 20, 2002 Order deeming this case ready for trial as of October 1, 2002 and the July 31, 2002 Order regarding the submission of trials materials are each **VACATED**. This matter is transferred to the December 1, 2002 calendar.

Defendant is given leave to file a motion to stay the trial of this matter pending the resolution of the state court proceedings. Such motion with supporting memorandum must be filed and served no later than September 15, 2002.

Dated: August 29, 2002

Richard H. Kyle
United States District Judge

AUG 2 9 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK