**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Capitol Indemnity Corporation,

Plaintiff,

vs.

Especially for Children, Inc. and Scott Hudlow,

Defendants.

Civil No. 01-2425 (RHK/AJB)

**ORDER RE: SUBMISSION OF TRIAL MATERIALS FOR DECEMBER, 2002 TRIAL CALENDAR**

---

The following materials are to be **EXCHANGED AND FILED** (all filings shall be in St. Paul) in accordance with the following schedule:

By November 14, 2002:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By November 20, 2002:

(1) Responsive briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(3) Replies to Trial Briefs.

By November 26, 2002: Responses to the Written Objections.

Dated: October 1, 2002

RICHARD H. KYLE
United States District Judge