THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Capitol Indemnity Corporation,

Plaintiff,

vs.

Especially for Children, Inc. and Scott Hudlow,

Defendant.

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

Court File No. 01-CV-2425 RHK/AJB

It is hereby stipulated and agreed by the parties, through their respective undersigned attorneys, that the above-entitled action may be, and hereby is, dismissed with prejudice and on the merits, without costs to any party, and that a judgment of dismissal with prejudice and on the merits may be entered pursuant hereto without further notice.

Dated: 1-15-3

GREGERSON, ROSOW, JOHNSON & NILAN LTD.

By [signature]
Joseph A. Nilan (121277)
Craighton T. Boates (2913192)
1600 Park Building
650 Third Avenue South
Minneapolis, MN 55402-4337
(612) 338-0755
Attorneys for Plaintiff Capitol Indemnity Corporation

FILED JAN 23 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 23 2003
DEPUTY CLERK

Dated: 1-20-03

SPEETER, JOHNSON, HAMILTON & WURST

By ______________________
Patrick V. Johnson (51500)
1515 One Financial Plaza
120 South Sixth Street
Minneapolis, MN 55402
(612) 339-7566
Attorneys for Defendant Scott Hudlow

Dated: January 13, 2003

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________
Jeanne H. Unger (131404)
Kimberly T. Ross (296685)
Attorneys for Defendant Especially for Children, Inc.
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7951

**ORDER**

UPON THIS FOREGOING STIPULATION,

IT IS HEREBY ORDERED that judgment is dismissal with prejudice and on the merits, without costs to any party, be entered in the above-entitled matter.

Dated: 1/23/03

BY THE COURT:

Richard H. Kyle
United States District Court Judge